IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID TODD YOUNG                                           PLAINTIFF

v.                         No. 3:18-cv-123-DPM

SCOTT ELLINGTON, Prosecuting Attorney,
Craighead County; GRANT DePROW,
Deputy Prosecuting Attorney, Craighead County;
and CHARLENE HENRY, Deputy Prosecuting
Attorney, Craighead County                       DEFENDANTS

## ORDER

**1.** Young hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 9 August 2018. If he doesn't, then the Court will dismiss this case without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Young an application to proceed *in forma pauperis*. If the Court grants Young permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2018