# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DAVID TODD YOUNG                                                                PLAINTIFF

v.                              3:18-cv-123-DPM

SCOTT ELLINGTON, Prosecuting Attorney,
Craighead County; and GRANT DePROW
and CHARLENE HENRY, Deputy
Prosecuting Attorneys, Craighead County                                         DEFENDANTS

## ORDER

Scott Ellington and I have been friends for many years. My impartiality in this case could therefore reasonably be questioned. 28 U.S.C. § 455(a). I recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 August 2018