# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**DAVID TODD YOUNG**                                                                            **PLAINTIFF**

**v.**                      **Case No. 3:18-cv-00123-KGB**

**SCOTT ELLINGTON, Prosecuting**
**Attorney, Craighead County,** *et al*.                                          **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff David Todd Young's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 9th day of November, 2018.

                                                                         Kristine G. Baker
                                                                         United States District Judge